# 336TH JUDICIAL DISTRICT COURT

## STATE OF TEXAS
### LAURINE J. BLAKE, JUDGE

June 29, 2015

Court of Criminal Appeals
Abel Acosta, Clerk
P.O. Box 12308
Capital Station
Austin, TX 78711

Re: *In the Court of Criminal Appeals of Texas, No. CR-12-24305-A, Ex Parte Johnny Richard, Applicant for Writs of Habeas Corpus*

Dear Clerk Acosta,

I respectfully request a 60 day extension from the Court of Criminal Appeals regarding the Courts order filed March 25, 2015, on the above referenced Writ Application.

Due to a scheduling oversight by the Trial Court, there has been a delay in the progress of the case.

If additional information is required in order to secure the extension, please let me know what procedure should be followed.

Thank you in advance for your assistance in this matter.

Respectfully,

Laurine J. Blake
Presiding Judge
336th District Court
Fannin County, Texas

LJB/sm

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 02 2015

Abel Acosta, Clerk